IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 AUG -8 AM 11: 26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| BUCKMAN LABORATORIES INTERNATIONAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JOSE PITA, JOSE SORIA, MARCO QUOINONES, ERNESTO ESPINOZA, and CESAR CANTU, individually, and LABORATORIOS DE ANALYSIS HORTFRUTICOLA Y SERVICIOUS CONEXOS, S.A. DE C.V.<br><br>Defendant. | No. 05-2431-Ml V |

## ORDER APPOINTING INTERNATIONAL PROCESS SERVER

Pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on Private International Law on 15 November, 1965 (the "Hague Convention"), and for good cause shown, the Court hereby appoints Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, 97205, and its agents, as the authority and judicial officer competent under the Jurisdiction of this Court to forward to the Central Authority in the applicable country, any and all documents to be served in this case.

IT IS SO ORDERED this __8th__ day of __August__, 2005.

_____
JUDGE ~~JON P. McCALLA~~
U.S. Magistrate Judge

M KLH 894699 v1
2789931-000006 08/01/05

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __8-8-05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02431 was distributed by fax, mail, or direct printing on August 8, 2005 to the parties listed.

---

Sam B. Blair
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

John B. Starnes
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT